Sherman WALKER, Plaintiff–
Appellant,

Thomas L. CRAWFORD, Plaintiff,

v.

Commissioner Glenn GOORD, Dept. of
Correctional Services, Superintendent
Artuz, Deputy Superintendent Scheid-
er, Deputy Sietz, Capt. Totten, Lt.
Nagy, Sgt. Hobbs, C.O. Patnode, C.O.
Johnston, C.O. P. Jackson, Tom Tar-
endowsiki, Defendants,

Lt. Connelly, Lt. Haubert, Sgt. Keyser,
Sgt. John Doe, C.O. Sherbert, C.O.
Dorely, Defendants–Appellees.

No. 02–0023.

United States Court of Appeals,
Second Circuit.

May 23, 2005.

Sherman Walker, Stormville, NY, for
Plaintiff–Appellant, pro se.

Robert H. Easton, Senior Assistant So-
licitor General (Julie Loughran), for Eliot
Spitzer, Attorney General of the State of
New York New York, NY, for Defendants–
Appellees, of counsel.

Present: CARDAMONE, KATZMANN,
Circuit Judges, and KRAVITZ,* District
Judge.

SUMMARY ORDER

Appellant, Sherman Walker, *pro se*, ap-
peals from the judgment the United States
District Court of the Southern District of
New York (Chin, *J.*), granting defendants'
motion for summary judgment, dismissing
the complaint, and dismissing various mo-
tions filed by Walker.

The parties' familiarity with the facts is
assumed. We affirm the judgment of the
district court, for substantially the reasons
given by the district court. *See Walker v.
Keyser*, No. 98 Civ. 5217, 2001 U.S. Dist.
LEXIS 15429, 2001 WL 1160588 (S.D.N.Y.
Oct. 2, 2001), *amended by*, 2001 U.S. Dist.
LEXIS 18518 (S.D.N.Y. Oct. 17, 2001).

The judgment of the district court is
AFFIRMED.

---

* The Honorable Mark R. Kravitz, of the United
States District Court for the District of Con-
necticut, sitting by designation.